Anthony J. Sylvester
Anthony C. Valenziano
SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
(973) 302-9700

Attorneys for Defendant
TD Bank, N.A.

| | |
|---|---|
| IN SUK KIM<br><br>                    Plaintiff,<br><br>        v.<br><br>TD BANK, N.A.,<br><br>                    Defendant. | **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br><br>CIVIL ACTION NO. 2:22-cv-514<br><br>**CORPORATE DISCLOSURE STATEMENT**<br>**OF TD BANK, N.A.**<br><br>Removed from New York Supreme Court, Nassau County |

Defendant TD Bank, N.A., a national banking association, is a wholly-owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware limited liability company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD."

No publicly held company directly owns more than 10% of the stock of TD Bank, N.A.

Dated: January 28, 2022					Respectfully submitted,


										 /s/ Anthony C. Valenziano
										Anthony C. Valenziano
										SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
										210 Park Avenue, 2nd Floor
										Florham Park, New Jersey 07932
										(973) 302-9700

										*Attorneys for Defendant*
										*TD Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, a copy of TD Bank's Rule 7.1 Corporate Disclosure Statement was filed via ECF.

Dated:  January 28, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Anthony C. Valenziano
　　　　　　　　　　　　　　　　　　　　Anthony C. Valenziano
　　　　　　　　　　　　　　　　　　　　SHERMAN  ATLAS  SYLVESTER  &
　　　　　　　　　　　　　　　　　　　　STAMELMAN LLP
　　　　　　　　　　　　　　　　　　　　210 Park Avenue, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Florham Park, New Jersey 07932
　　　　　　　　　　　　　　　　　　　　(973) 302-9700

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*TD Bank, N.A.*

4870-8214-7083, v. 3